```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-374 WBS |
| Plaintiff, ) | |
| ) | PLAINTIFF'S <u>EX PARTE</u> MOTION |
| v. ) | TO DISMISS INDICTMENT |
| ) | AS TO DEFENDANT JESUS ESTRADA |
| JUAN BERNARDINO GALVEZ, et al., ) | <u>PINEDA AND ORDER THEREON</u> |
| Defendants. ) | Date: July 11, 2011 |
| ) | Time: 8:30 a.m. |
| _____) | Court: Hon. William B. Shubb |

Whereas, defendant **Jesus Pineda Estrada** is also charged in <u>United States v. Maria Del Rocio Arceo-Rangel, et al.</u>, Case No. 2:09-CR-407 KJM, under the name Luis Renee Estrada Castanon, aka Jesus Pineda Estrada, with certain drug and firearms violations;

Whereas, the United States and Jesus Pineda Estrada have entered into a Plea Agreement in Case No. 2:09-CR-407 KJM that settles both that case and the instant case in that the United States has agreed to move to dismiss the charges in the instant case within ten days after his judgment and conviction in Case No. 2:09-CR-407 KJM becomes final; and

Whereas, Jesus Pineda Estrada (using his alias Luis Renee

Estrada Castanon) pled guilty to a violation of 18 U.S.C.
§ 924(c)(1)(A)(i) in Case No. 2:09-CR-407 KJM and was sentenced, <u>inter alia</u>, to five years incarceration on May 19, 2011. The Judgment In A Criminal Case was filed or entered in that case on June 15, 2011, and no appeal has been filed. Therefore, the time for the filing of defendant's appeal has run out and there is a final judgment and conviction in that case.

Accordingly, pursuant to the parties' Plea Agreement, plaintiff United States of America hereby moves <u>ex parte</u> to: (1) dismiss the Indictment in the case against defendant **Jesus Estrada Pineda only**; and (2) vacate the presently set July 11, 2011, status conference. The undersigned prosecutor represents that on this date he contacted Michael Hansen, Esq., attorney for defendant Jesus Estrada Pineda, and Mr. Hansen advised that he had no objection to this <u>ex parte</u> motion.

Dated: July 6, 2011
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney

_____

ORDER

The Court, having received, read, and considered the <u>ex parte</u> motion of plaintiff United States of America to: (1) dismiss the Indictment in the case against defendant Jesus Estrada Pineda only; and (2) vacate the presently set July 11, 2011, status conference. Good cause appearing therefrom, it is

2

hereby ordered that the United States' motion to dismiss the Indictment against defendant Jesus Estrada Pineda only is granted and that the presently set July 14, 2011, status conference is vacated.

It is so ordered.

Dated: July 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE